IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

COREY MANDRELL TURNER                                                    PLAINTIFF

v.                                    Case No. 6:19-cv-6016

JASON WATSON, Clark County Sheriff;
RAY WINGFIELD, Chief of Police;
JOHN DOE, Arresting Officer, Arkadelphia Police                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April 24, 2019, by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No.

9). Judge Bryant recommends that Plaintiff's official capacity claims be dismissed without

prejudice because Plaintiff has failed to identify any custom or policy of Clark County which

violated his constitutional rights.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object

has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and

Recommendation (ECF No. 9) *in toto*. Accordingly, Plaintiff's official capacity claims are hereby

**DISMISSED WITHOUT PREJUDICE**. Plaintiff's personal capacity claims remain for service

and further consideration.

**IT IS SO ORDERED**, this 14th day of May, 2019.


                                                        /s/ Susan O. Hickey
                                                        Susan O. Hickey
                                                        Chief United States District Judge