IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

COREY MANDRELL TURNER          PLAINTIFF

v.          Civil No. 6:19-CV-06016

JASON WATSON, RAY WINGFIELD, and          DEFENDANTS
JOHN DOE

**ORDER**

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Currently before the Court is Plaintiff's Motion to Dismiss Defendant Wingfield as a party in this case. (ECF No. 33).

Defendants have filed a response indicating they have no objection to the voluntary dismissal of Defendant Wingfield. (ECF No. 35). A Motion to Dismiss had previously been filed by Defendant Wingfield. (ECF No. 23).

Plaintiff's motion (ECF No. 33) is GRANTED. The Clerk is DIRECTED to treat this as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and dismiss Defendant Wingfield as a party in this case. Defendant Wingfield's Motion to Dismiss (ECF No. 23) is DENIED as MOOT.

IT IS SO ORDERED this 10th day of July 2019.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE